UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:08-CR-73 |
| V. ) | (JORDAN/ GUYTON) |
| ) | |
| ) | |
| JARVIS DESHUN MOORE ) | |

## MEMORANDUM AND ORDER

The defendant appeared on a revocation hearing of his pretrial release on January 15, 2009. Cynthia Davidson, Assistant United States Attorney, was present representing the government and Paula Voss, Assistant Federal Defender, was present representing the defendant.

The defendant was released pursuant to an Order Setting Conditions of Release on August 19, 20085. Conditions of defendant's release included that he appear at all proceedings as required, not commit another federal, state, or local crime while on bond in federal court, the defendant shall immediately advise the Court, defense counsel, and the United States Attorney in writing of any change in residence, that he report to Pretrial Services as directed, travel is restricted to Middle District of Tennessee and the Eastern District of Tennessee unless prior permission is obtained from Pretrial Services,

A petition for action on conditions of pretrial release has been filed by defendant's pretrial services officer on January 7, 2009, stating the following violations: that the defendant tested positive for drugs and later admitted it and has made false statement to his probation officer. The defendant admitted to be in violation to his conditions of pretrial release.

Accordingly, this Court finds that pursuant to 18 U.S.C. § 3148, there is probable

cause to believe that the defendant committed a Federal, State, or Local crime while on release and that there is clear and convincing evidence that the defendant has violated any other conditions of release. The Court also finds that there no conditions or combination of conditions of release will assure that the defendant will not flee or pose a danger to the safety of another person and that the defendant is unlikely to abide by any conditions or combination of conditions of release. Therefore, the order setting conditions of release is hereby **REVOKED** and the defendant is remanded to the custody of the United States Marshal pending his trial on **February 10, 2009 at 1:00 p.m.,** before the **Honorable Leon Jordan**, United States District Judge. His appearance bond is hereby **CANCELLED**.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge